Max Resnicoff, Respondent, v. Samuel Blick, Appellant.— Motion denied, with ten dollars costs.    Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Melina P. Schmidt, as Executrix, etc., Respondent, v. Elise M. Jewett and Others, Appellants.— Motion granted, without costs.    Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Barnett Schnitzer, Respondent, v. Joseph Price, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals, denied, without costs. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Lewis S. Seeley and Angele Seeley, Respondents, v. Dean C. Osborne, Appellant.— Motion for reargument denied, with costs.    Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

William D. Stratton, Respondent, v. Delaware and Eastern Railroad Company, Appellant.— Motion denied, with ten dollars costs.    Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Angelo Varone, Respondent, v. Audley Clarke, Appellant.— Motion to withdraw the appeal granted on condition that the appellant pay ten dollars costs. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Victor Luikert, Respondent, v. Rosalie Luikert and Others, Defendants. Emma Weill, Appellant.— Order affirmed, with costs and disbursements. No opinion.   Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Deeb Lutfy, Appellant, v. Shakir Nassar, Respondent, Impleaded with Nicola Abo-Samrah and Salim H. Kisbany, Defendants.   Joseph H. Macksoud and George A. Ferris, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Samuel L. Matthews, Respondent, v. Alfred Hofmeister, Appellant.— Plaintiff does not ask for specific performance.   Order reversed, with ten dollars costs and disbursements, and motion granted, with costs, upon the authority of *Klim* v. *Sachs* (102 App. Div. 44) and *Krainin* v. *Coffey* (119 id. 516).   Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Roy L. McCardell, Respondent, v. Metropolitan Street Railway Company, Appellant.— Reargument ordered and case set down for Monday, January 13, 1908.   Present — Woodward, Gaynor, Rich and Miller, JJ.

Frances M. McCardell, Respondent, v. Metropolitan Street Railway Company, Appellant.— Reargument ordered and case set down for Monday, January 13, 1908.   Present — Woodward, Gaynor, Rich and Miller, JJ.